DAY PITNEY LLP
ONE JEFFERSON ROAD
PARSIPPANY, NEW JERSEY 07054
phalasz@daypitney.com
(973) 966-6300

Attorneys for Defendants
Avis Budget Group, Inc.,
Avis Rent A Car System, LLC and
Highway Toll Administration, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| JOSE MENDEZ, individually, and on behalf of all others similarly situated, | : | HON. JOSE L. LINARES, U.S.D.J. |
| | : | Civ. Action No. 2:11-cv-06537 (JLL)(MAH) |
| Plaintiffs, | : | |
| | : | |
| -against- | : | |
| | : | **NOTICE OF MOTION** |
| AVIS BUDGET GROUP, INC. D/B/A BUDGET RENT A CAR SYSTEM, INC. and AVIS RENT A CAR SYSTEM, LLC; AND HIGHWAY TOLL ADMINISTRATION, LLC, | : | **TO DISMISS PURSUANT TO RULE 12(b)(6)** |
| | : | (Filed Electronically) |
| Defendants. | : | **Return Date: March 5, 2012** |

TO:   Joseph J. DePalma, Esq.
        LITE DEPALMA GREENBERG, LLC
        Two Gateway Center, 12th Floor
        Newark, NJ 07102
        Attorneys for Plaintiff
        Jose Mendez

83894245.1

PLEASE TAKE NOTICE that, on March 5, 2012 at 10:00 a.m., or as soon thereafter as the matter may be heard, the undersigned attorneys for defendants Avis Budget Group, Inc., Avis Rent A Car System, LLC and Highway Toll Administration, LLC ("Defendants") will move before the Hon. Jose L. Linares, U.S.D.J., at the United States District Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order dismissing the Class Action Complaint of plaintiff Jose Mendez, with prejudice; and

PLEASE TAKE FURTHER NOTICE that in support of the within motion, Defendants shall rely upon the Brief submitted herewith; and

PLEASE TAKE FURTHER NOTICE that Defendants hereby request oral argument; and

PLEASE TAKE FURTHER NOTICE that at that time and place set forth above, Defendants will request that the proposed form of Order submitted herewith be entered by the Court.

DAY PITNEY LLP
Attorneys for Defendants
Avis Budget Group, Inc,. Avis Rent A Car
System, LLC and Highway Toll
Administration, LLC


By:   s/ Paul J. Halasz
      PAUL J. HALASZ

Dated:  February 3, 2012

- 3 -

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that a true copy of the within Notice of Motion, Brief and proposed form of Order were all served on counsel for defendant by forwarding the same via ECF filing and service to:

> Joseph J. DePalma, Esq.
> LITE DEPALMA GREENBERG, LLC
> Two Gateway Center, 12th Floor
> Newark, NJ 07102
> Attorneys for Plaintiff
> Jose Mendez

With an additional copy sent via email to counsel for plaintiff at the following email address:

SCruzHodge@litedepalma.com

                                    s/ Paul J. Halasz
                                    PAUL J. HALASZ

February 3, 2012