DAY PITNEY LLP
ONE JEFFERSON ROAD
PARSIPPANY, NEW JERSEY 07054
phalasz@daypitney.com
(973) 966-6300

Attorneys for Defendants
Avis Budget Group, Inc.,
Avis Rent A Car System, LLC and
Highway Toll Administration, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOSE MENDEZ, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>-against-<br><br>AVIS BUDGET GROUP, INC. D/B/A BUDGET RENT A CAR SYSTEM, INC. and AVIS RENT A CAR SYSTEM, LLC; AND HIGHWAY TOLL ADMINISTRATION, LLC,<br><br>    Defendants. | HON. JOSE L. LINARES, U.S.D.J.<br>Civ. Action No. 2:11-cv-06537 (JLL)(MAH)<br><br><br><br><br><br>**ORDER**<br>**GRANTING DEFENDANTS'**<br>**MOTION TO DISMISS** |

THIS MATTER, having come before the Court on the motion of defendants Avis Budget Group, Inc., Avis Rent A Car System, LLC and Highway Toll Administration, LLC ("Defendants") for an Order dismissing the Class Action Complaint of plaintiff Jose Mendez, with prejudice; and the Court having considered the papers filed in support of and in opposition to the

83894393.1

- 2 -

motion (if any) and the Court having heard oral argument on the motion (if any), and upon good cause shown,

        IT IS, on this ____ day of _____, 2012, ORDERED that:

    1.  Defendants' motion to dismiss be and the same hereby is GRANTED; and

    2.  The Complaint in the above captioned matter is hereby DISMISSED with prejudice and with costs.

                              _____
                              HON. JOSE L. LINARES, U.S.D.J.

83894393.1