UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE MENDEZ, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>AVIS BUDGET GROUP, INC., BUDGET RENT A CAR SYSTEM, INC., AVIS RENT A CAR SYSTEM, LLC and HIGHWAY TOLL ADMINISTRATION, LLC,<br><br>*Defendants*. | HON. JOSEPH A. DICKSON<br>Civ. Action No. 2:11-cv-06537 (JLL)(JAD)<br><br>**NOTICE OF MOTION TO SEAL CONFIDENTIAL MATERIALS**<br><br>(Document Filed Electronically) |

**TO:**   Joseph J. DePalma                       Judith Spanier
         Lite DePalma Greenberg, LLC             Jeremy Nash
         Two Gateway Center                      Abbey Spanier Rodd & Abrams, LLP
         12th Floor                              212 East 39th Street
         Newark, NJ 07102                        New York, NY 10016
         Attorneys for Plaintiff                 Attorneys for Plaintiff

**PLEASE TAKE NOTICE** that on June 9, 2014, defendants Avis Budget Group, Inc. and Highway Toll Administration, LLC, through their attorneys, Day Pitney LLP, shall move before the Honorable Joseph A. Dickson, U.S.M.J., at the United States District Court for the District of New Jersey, Martin Luther King, Jr. Federal Building & U.S. Court House, 50 Walnut Street, Newark, New Jersey 07102, for an Order pursuant to *Local Civil Rule* 5.3(c) sealing materials exchanged during discovery in this matter.

**PLEASE TAKE FURTHER NOTICE** that defendants shall rely upon the accompanying Declaration of Paul J. Halasz in Support of this Motion to Seal; and

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is enclosed.

DATED:  June 9, 2014          DAY PITNEY LLP

         /s/ Paul J. Halasz
         PAUL J. HALASZ
         A Member of the Firm
         One Jefferson Road
         Parsippany, NJ  07054-2891
         (973) 966-6300

Attorneys for Defendants Avis Budget Group, Inc., Budget Rent A Car System, Inc., Avis Rent A Car System, LLC, and Highway Toll Administration, LLC

## CERTIFICATE OF SERVICE

    I hereby certify that on this date a copy of the within Notice of Motion and all supporting papers were filed electronically via the court's Electronic Case Filing ("ECF") and were served on counsel of record electronically via ECF.

                                               /s/ Paul J. Halasz
                                               Paul J. Halasz

Dated: June 9, 2014