**LITE DEPALMA GREENBERG, LLC**
Joseph J. DePalma
Jeremy Nash
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
jdepalma@litedepalma.com
jnash@litedepalma.com

*Attorneys for Plaintiff and the Classes*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE MENDEZ, Individually and On Behalf Of All Others Similarly Situated, <br><br> *Plaintiff*, <br><br> vs. <br><br> AVIS BUDGET GROUP, INC. d/b/a BUDGET RENT A CAR SYSTEM, INC. and AVIS RENT A CAR SYSTEM, LLC; and HIGHWAY TOLL ADMINISTRATION, LLC, <br><br> *Defendants*. | Civil Action No. 11-6537(JLL)(JAD) <br><br> **NOTICE OF MOTION FOR CLASS CERTIFICATION** |

**PLEASE TAKE NOTICE** that on January 3, 2017, or as soon thereafter as

counsel may be heard, plaintiff Jose Mendez will move before the Honorable Jose

L. Linares, U.S.D.J., at the United States District Court, Martin Luther King

Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101 (1) for

certification of a Nationwide Class, a Florida Subclass, and a New Jersey Subclass,

(2) for the appointment of Plaintiff as representative of the Classes, and (3) for the

appointment of the undersigned attorneys and firms as Class Counsel.  This motion

is supported by a Memorandum of Law in Support of Class Certification, and the

Declaration of Jeremy Nash.  A proposed form of Order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.


Dated:  October 7, 2016                        **LITE DEPALMA GREENBERG, LLC**


                                               *  /s/ Joseph J. DePalma*
                                               Joseph J. DePalma
                                               Jeremy Nash
                                               570 Broad Street, Suite 1201
                                               Newark, New Jersey 07102
                                               Tel: (973) 623-3000
                                               Fax: (973) 623-0858
                                               jdepalma@litedepalma.com
                                               jnash@litedepalma.com

                                               **ABBEY SPANIER, LLP**
                                               Judith L. Spanier
                                               Nancy Kaboolian
                                               212 East 39th Street
                                               New York, New York 10016
                                               Tel: (212) 889-3700
                                               Fax: (212) 684-5191
                                               jspanier@abbeyspanier.com
                                               nkaboolian@abbeyspanier.com

                                               ***Attorneys for Plaintiff and the Proposed***
                                               ***Classes***

## **CERTIFICATE OF SERVICE**

I, Joseph J. DePalma, hereby certify that on Friday, October 7, 2016, I caused a copy of (a) the Notice of Motion; (b) the Memorandum of Law In Support of Plaintiff's Motion; (c) Declaration of Jeremy Nash; (d) Plaintiff's Proposed Form of Order; and (d) this Certificate of Service to be served on all counsel via e-mail.

*/s/ Joseph J. DePalma*
Joseph J. DePalma