

BOSTON   CONNECTICUT   FLORIDA   NEW JERSEY   NEW YORK   WASHINGTON, DC

**PAUL J. HALASZ**
Attorney at Law

One Jefferson Road
Parsippany, NJ 07054-2891
T: (973) 966-8176 F: (973) 206-6547
phalasz@daypitney.com

November 17, 2021

<u>**VIA ECF**</u>

Honorable Jessica S. Allen, U.S.M.J.
U.S. District Court for the
 District of New Jersey
M.L. King Jr., Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:   <u>Jose Mendez v. Avis Budget Group, Inc. et al.</u>
         <u>Civil Action No.: 2:11-cv-06537 (CCC) (JSA)</u>

Dear Judge Allen:

    We represent defendants Avis Budget Group, Inc., Avis Rent a Car System, LLC (collectively, "ABG") and Highway Toll Administration, LLC ("HTA") in the above captioned matter. I write with the consent of plaintiff's counsel in response to the Court's request for an update regarding the status of mediation efforts.

    The parties report that they engaged in a further mediation session yesterday, November 16, 2021. We believe significant progress has been made in our efforts and would welcome the opportunity to engage in a telephonic conference with Your Honor to provide further information and our expectations for next steps.

    That you for your attention to this matter.

                        Very truly yours,

                        Paul J. Halasz

cc:   Joseph DePalma, Esq.
      Judith Spanier, Esq.
      Jeremy Nash, Esq.
      Paul R. Marino, Esq.

110378247.1