

570 Broad Street / Suite 1201 / Newark, NJ 07102
973.623.3000 Main / 973.623.0858 Fax / litedepalma.com

Newark / Philadelphia

January 18, 2022

<u>**VIA ECF**</u>

Honorable Jessica S. Allen, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

   **Re:** *Mendez v. Avis Budget Group, Inc., et al.*
      **Civil Action No.: 11-6537(CCC)(JSA)**

Dear Judge Allen:

  We represent plaintiff and the certified classes in the above referenced action. I write with the consent of counsel for defendants in response to the Court's request for an update regarding the status of mediation efforts.

  The parties report that they remain engaged in a good faith effort to resolve this litigation. As a result of the last mediation session, the parties agreed to a schedule by which they would negotiate certain outstanding matters. Thus far, the parties are abiding by this schedule and continue to make progress.

  Thank you for your attention to this matter.

            Respectfully,

            */s/ Joseph J. DePalma*

            Joseph J. DePalma

JJD:emp

cc:  All Counsel of Record (via ECF)

888195.2